[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 05-15689

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DEC 12, 2006
THOMAS K. KAHN
CLERK

D. C. Docket No. 05-61264-CV-MGC

VISIONS EAST, INC.,
a Florida Corporation,
JOHN STEPHEN MORTON,

Plaintiffs-Appellants,

versus

FAGERDALA THIGER MARINE SYSTEMS, AB,
a Swedish Corporation,
FAGERDALA WORLD FOAM, AB,
a Swedish Corporation,
FAGERDALA USA, INC.,
a Kentucky Corporation,
MASTER AUTOMATION GROUP, OY,
a Finnish Corporation,
TARMO LINNA,
PIERRE THIGER,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(December 12, 2006)**

Before TJOFLAT, HULL and BOWMAN,[*] Circuit Judges.

PER CURIAM:

After review and oral argument, we conclude that the district court did not abuse its discretion in conducting the preliminary injunction hearing or in denying the motion for preliminary injunction.

**AFFIRMED.**

_____

[*]Honorable Pasco M. Bowman II, United States Circuit Judge for the Eighth Circuit, sitting by designation.